DONALD FELIX, Respondent, v LAW OFFICES OF THOMAS F. LIOTTI, Appellant.

Submitted February 22, 2016; decided April 5, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 1096 (2016)].

Chief Judge DiFIORE and Judge GARCIA taking no part.

JEFFREY GURAL, Appellant, et al., Plaintiff, v FRED DRASNER, Respondent.

Submitted February 1, 2016; decided April 5, 2016

Motion for leave to appeal dismissed upon the ground that the Appellate Division order does not finally determine the action within the meaning of the Constitution and that the stipulation does not qualify as a final judgment within the meaning of CPLR 5602 (a) (1) (ii) to bring up for review a prior nonfinal Appellate Division order because it was entered into without prejudice.

MARY JANE HAYES, Respondent, v WILLIAM AMES HAYES, Appellant.

Submitted February 29, 2016; decided April 5, 2016

Motion for reargument of motion for leave to appeal etc. denied [*see* 26 NY3d 1081 (2015)].

Chief Judge DiFIORE and Judge GARCIA taking no part.

ROSEMARIE A. HERMAN et al., Respondents, v JULIAN MAURICE HERMAN et al., Appellants, et al., Defendants.

Submitted February 22, 2016; decided April 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.